RECEIVED
IN MONROE, LA

SEP 2 4 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KEITH S. BARRON | CIVIL ACTION NO. 07-0885 |
| VS. | SECTION P |
| OUACHITA PARISH SHERIFF'S OFFICE | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 24 day of September, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE